DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                        NO. 12-07-00220-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

§          

IN
RE: TEXAS MUTUAL

INSURANCE
COMPANY,  §          ORIGINAL PROCEEDING

RELATOR

§          

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Relator Texas Mutual Insurance Company has filed a motion
to dismiss this original proceeding.  In
its motion, Texas Mutual states that all claims in the underlying lawsuit have
been resolved rendering moot its petition for writ of mandamus.  A copy of the motion has been sent to all
counsel of record.  Because Texas Mutual
has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the
motion is granted, and the original proceeding is dismissed.

Opinion
delivered April 9, 2008.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

(PUBLISH)